Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Latisha Davis, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>Tyson Foods, INC., Tyson Fresh )<br>Meats, Doctors of Physical Therapy, )<br>John Tyson, Shane Miller, and Aaron Krai, )<br>)<br>**Defendants.** ) | Case Number:   4:24-cv-04090-SLD |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Latisha Davis's action is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

**Dated: 12/19/2024**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court